IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DANIEL OGELSBY,               )
                             )
            Petitioner,       )
                             )
      v.                      )        Case No. 4:06CV0126 AGF
                             )
MICHAEL BOWERSOX,             )
                             )
            Respondent.       )

## ORDER

**IT IS HEREBY ORDERED** that Petitioner's motion (Doc. #14) for leave to file

an amended petition or to file a reply to Respondent's response to this Court's Order to

Show Cause is **GRANTED** to the extent that Petitioner shall have up to and including

July 21, 2008, to file a reply.  If Petitioner wishes to seek leave to file an amended

petition, he must attach the proposed amended petition to his motion, for the Court's

review.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of May, 2008.