UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL OGLESBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CV0126AGF |
| | ) | |
| MICHAEL BOWERSOX, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Petitioner's motion for extension of time. [Doc. #24]. Petitioner requests additional time to file objections pursuant to 28 U.S.C. § 636(b)(1) to this Court's Memorandum and Order dated March 12, 2009. The Court notes, however, that this case was not before the undersigned United States Magistrate Judge for recommended disposition under 28 U.S.C. § 636(b)(1)(B). Rather, the parties consented to the exercise of jurisdiction pursuant to 28 U.S.C. § 636(c). As such, Petitioner has no right to file objections under 28 U.S.C. § 636(b)(1)(C). Instead, the provisions of 28 U.S.C. § 636(c)(3) apply, with direct appeal to the Eighth Circuit Court of Appeals.

Accordingly,

Petitioner's request for extension of time [Doc. #24] is **Denied as moot**.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated March 23, 2009.